IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAMITA DELITZ, | ) |
| Plaintiff, | ) Case No. 1:14-cv-10176 |
| v. | ) Judge Elaine E. Bucklo |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | ) |
| Defendant. | ) |

**PORTFOLIO RECOVERY ASSOCIATES, LLC'S MOTION TO DISMISS COUNT II**

Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA") by its attorneys, David M. Schultz, Avanti D. Bakane and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, presents its Motion to Dismiss Count II pursuant to Federal Rule of Civil Procedure 12(b)(6), and in support of its Motion, states as follows:

1. On December 18, 2014, Plaintiff filed a two Count Complaint against Defendant. The Counts are as follows: Count I - Fair Debt Collection Practices Claim against Defendant; Count II - Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") Claim against Defendant.

2. Count II of Plaintiff's Complaint should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for at least three reasons: 1.) an alleged violation of the FDCPA does not state a claim for a violation of the ICFA; 2.) Plaintiff fails to allege a deceptive or unfair practice; 3.) Plaintiff has no damages; and 4.) the filing of the collection action does not constitute "trade or commerce" as defined by the ICFA. Consequently, Plaintiff's ICFA claim must be dismissed with prejudice.

130996372v1 0968309

3. Defendant incorporates herein by reference the arguments made and the authorities cited in its Memorandum of Law in support of its Motion to Dismiss Count II of Plaintiff's Complaint.

WHEREFORE, Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, respectfully requests this Court to dismiss Count II of Plaintiff's Complaint with prejudice.

Respectfully submitted,

PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant

*/s/ Lindsey A.L. Conley*
Lindsey A.L. Conley

David M. Schultz
Avanti D. Bakane
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
E-mail :abakane@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Motion to Dismiss** by using the CM/ECF system, which will send notification of such filing(s) to:

Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oakbrook, IL 60523
E-mail: pnbach@sulaimanlaw.com

*/s/ Lindsey A.L. Conley*

130996372v1 0968309